THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTA E. KLINE, Appellant. [890 NYS2d 887]—

Present—Hurlbutt, J.P., Smith, Fahey and Carni, JJ.